STATE OF NEW JERSEY, BY WALTER D. VAN RIPER, AT-
TORNEY GENERAL, PLAINTIFF–RESPONDENT, v. TRAF-
FIC TELEPHONE WORKERS' FEDERATION, ET ALS., DE-
FENDANTS–PETITIONERS; NEW JERSEY BELL TELE-
PHONE COMPANY, DEFENDANT–RESPONDENT.

See same case below: 142 N. J. Eq. 785.

*Mr. Israel B. Greene* for the petitioners.

*Mr. Walter D. Van Riper* for the respondent State of New
Jersey.

*Mr. Thomas G. Walker* and *Messrs. Pitney, Hardin & Ward,*
for the respondent New Jersey Bell Telephone Company.

December 20, 1948.   Granted.

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
MARION BECKERT, DEFENDANT–PETITIONER.

See same case below: 137 N. J. L. 562.

*Mr. James F. Patten* for the petitioner.

*Mr. Jesse B. Leslie* and *Mr. George F. Losche* for the re-
spondent.

February 7, 1949.   Denied.   Opinion reported at 1 N. J. 570.